**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-1343**

GRACE J. HADEED; JOAN WINTER,

                                   Plaintiffs - Appellants,

        versus

THOMAS ABRAHAM; GLENDA ABRAHAM,

                                   Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry Coke Morgan, Jr., Senior District Judge. (CA-02-695-2)

Submitted: October 31, 2005         Decided: January 12, 2006

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John B. Mann, LEVIT & MANN, P.C., Richmond, Virginia, for Appellants. L. Steven Emmert, SYKES, BOURDON, AHERN & LEVY, P.C., Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Grace J. Hadeed and Joan Winter appeal from the district court's order granting Thomas and Glenda Abraham's motion for additional fees and costs under the fee-shifting provisions of the Fair Housing Act, see 42 U.S.C. § 3613(c)(2) (2000). Hadeed and Winter assert that our denial of sanctions under Rule 38 of the Federal Rules of Appellate Procedure in their prior appeal, see Hadeed v. Abraham, 103 F. App. 706 (4th Cir. June 30, 2004) (unpublished), precluded the district court from awarding additional fees and costs associated with the Abrahams' defense of that appeal. Because Hadeed and Winter raise that issue for the first time on appeal, we decline to address it. See Brickwood Contractors, Inc. v. Datanet Eng'g, Inc., 369 F.3d 385, 390 (4th Cir. 2004) (en banc) (stating general rule that appellate court generally does not consider issues raised for first time on appeal and noting exception not applicable here). Moreover, Hadeed and Winter do not challenge the grounds on which the district court relied to impose additional attorney's fees and costs. See United States v. Al-Hamdi, 356 F.3d 564, 571 n.8 (4th Cir. 2004) ("It is a well settled rule that contentions not raised in the argument section of the opening brief are abandoned."). Thus, they have waived appellate review of the court's order.

Accordingly, we affirm the district court's order and deny the Abrahams' motion to dismiss the appeal. We grant the

- 2 -

Abrahams' motion for Rule 38 sanctions and order Hadeed and Winter to pay $6525 in attorney's fees and $562.40 in costs.  Finally, we grant the Abrahams' motion to strike from the joint appendix Hadeed and Winter's motion to dismiss the Abrahams' motion for additional fees and costs on the ground that it was not filed in the district court.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED